UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
IN RE:                                  )
                                        )      Misc. No. 08-442 (TFH)
GUANTANAMO BAY                          )
DETAINEE LITIGATION                     )      Civil Action Nos.
                                        )      02-CV-0828, 04-CV-1136, 04-CV-1164, 04-CV-1194,
                                        )      04-CV-1254, 04-CV-1937, 04-CV-2022, 04-CV-2035,
                                        )      04-CV-2046, 04-CV-2215, 05-CV-0023, 05-CV-0247,
                                        )      05-CV-0270, 05-CV-0280, 05-CV-0329, 05-CV-0359,
                                        )      05-CV-0392, 05-CV-0492, 05-CV-0520, 05-CV-0526,
                                        )      05-CV-0569, 05-CV-0634, 05-CV-0748, 05-CV-0763,
                                        )      05-CV-0764, 05-CV-0833, 05-CV-0877, 05-CV-0881,
                                        )      05-CV-0883, 05-CV-0889, 05-CV-0892, 05-CV-0993,
                                        )      05-CV-0994, 05-CV-0995, 05-CV-0998, 05-CV-0999,
                                        )      05-CV-1048, 05-CV-1124, 05-CV-1189, 05-CV-1220,
                                        )      05-CV-1236, 05-CV-1244, 05-CV-1347, 05-CV-1353,
                                        )      05-CV-1429, 05-CV-1457, 05-CV-1458, 05-CV-1487,
                                        )      05-CV-1490, 05-CV-1497, 05-CV-1504, 05-CV-1505,
                                        )      05-CV-1506, 05-CV-1509, 05-CV-1555, 05-CV-1590,
                                        )      05-CV-1592, 05-CV-1601, 05-CV-1602, 05-CV-1607,
                                        )      05-CV-1623, 05-CV-1638, 05-CV-1639, 05-CV-1645,
                                        )      05-CV-1646, 05-CV-1649, 05-CV-1678, 05-CV-1704,
                                        )      05-CV-1725, 05-CV-1971, 05-CV-1983, 05-CV-2010,
                                        )      05-CV-2083, 05-CV-2088, 05-CV-2104, 05-CV-2112,
                                        )      05-CV-2185, 05-CV-2186, 05-CV-2199, 05-CV-2200,
                                        )      05-CV-2249, 05-CV-2349, 05-CV-2367, 05-CV-2371,
                                        )      05-CV-2378, 05-CV-2379, 05-CV-2380, 05-CV-2381,
                                        )      05-CV-2384, 05-CV-2385, 05-CV-2386, 05-CV-2387,
                                        )      05-CV-2398, 05-CV-2444, 05-CV-2477, 05-CV-2479,
                                        )      06-CV-0618, 06-CV-1668, 06-CV-1674, 06-CV-1684,
                                        )      06-CV-1688, 06-CV-1690, 06-CV-1691, 06-CV-1758,
                                        )      06-CV-1759, 06-CV-1761, 06-CV-1765, 06-CV-1766,
                                        )      06-CV-1767, 07-CV-1710, 07-CV-2337, 07-CV-2338,
                                        )      08-CV-0987, 08-CV-1085, 08-CV-1101, 08-CV-1104
_____ )      08-CV-1153, 08-CV-1185, 08-CV-1207


## <u>ERRATA – CORRECTIONS TO EXHIBITS TO JOINT STATUS REPORT</u>


    Petitioners and Respondents hereby submit a joint errata with respect to two exhibits filed

in support of the parties' July 21, 2008 Joint Status Report (Dkt. 170).

First, respondents hereby submit a corrected version of Exhibit 6 as a substitution for Exhibit 6 that was included in respondents' exhibits to the Joint Status Report.  The version of Exhibit 6 that was originally filed with the Joint Status Report inadvertently omitted petitioner Mohammed Abd Al Al Qadir (ISN 284), who is a petitioner in *Al-Qadir v. Bush*, 08-CV-1185 (HHK).  A corrected version of Exhibit 6 that includes petitioner Al Qadir is attached hereto.

Second, petitioners hereby submit the following corrections, addressing one misstatement and one omission in Petitioners' Exhibit B to the Joint Status Report (a chart of petitioners' pending motions):

- In *Mohammon v. Bush*, No. 05-cv-2386 (RBW), petitioner Abd al Zaher, ISN 89, has a pending "Motion for Reconsideration of Motion to Order Access to Counsel" listed in the "notes" column as "Ripe for decision." Instead, the note should indicate "Motion is moot in light of government's concession of petitioner's identity."

- In *Al-Harbi v. Bush*, No. 05-cv-2479 (HHK), petitioners neglected to list a pending "Motion to Lift Stay and to Schedule an Immediate Status Conference," filed on behalf of petitioners Mingazov and Merozhev. *See* Dkt. 88 (notice filed July 16, 2008). This motion is fully briefed and amenable to resolution by Judge Hogan.

Undersigned counsel apologize for the errors.


Dated: July 23, 2008                                    Respectfully submitted,


  /s/ Shayana D. Kadidal                           GREGORY G. KATSAS
Shayana D. Kadidal (D.C. Bar No. 454248)           Assistant Attorney General
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor                            JOHN C. O'QUINN
New York, New York 10012                           Deputy Assistant Attorney General
Tel:  (212) 614-6438
Fax:  (212) 614-6499                                 /s/ Andrew I. Warden
                                                   JOSEPH H. HUNT (D.C. Bar No. 431134)
*On Behalf of Petitioners*                         VINCENT M. GARVEY (D.C. Bar No.
                                                   127191)
                                                   JUDRY L. SUBAR
                                                   TERRY M. HENRY
                                                   ANDREW I. WARDEN (IN Bar No.

23840-49)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents

# CORRECTED EXHIBIT 6

**CORRECTED EXHIBIT 6**

**Petitioners Who Are Approved For Transfer To The Control Of Another Government For Possible Detention, Investigation, and/or Prosecution As That Government Deems Appropriate Under Its Own Laws**

| Case Number | Petitioner's Name | Internment Serial Number (ISN) |
|---|---|---|
| 04-CV-1194 | Ali Yahya Mahdi | 167 |
| 04-CV-1254 | Adil Saeed El Haj Obaid | 165 |
| 04-CV-1254 | Mohamed Mohamed Hassan Odaini | 681 |
| 04-CV-2035 | Jarallah Al-Marri | 334 |
| 04-CV-2215 | Shaker Abdurraheem Aamer | 239 |
| 05-CV-270 | Adel Fattouh Aly Ahmed Algazzar | 369 |
| 05-CV-0280 | Suleiman Awadh Bin Aqil Al-Nahdi | 511 |
| 05-CV-0280 | Fahmi Salem Al-Assani | 554 |
| 05-CV-0359 | Rafiq Bin Bashir Bin Jallul Alhami | 892 |
| 05-CV-0359 | Mohammed Abdul Rahman | 894 |
| 05-CV-0748 | Mohammed Saeed Bin Salman | 251 |
| 05-CV-0994 | Kasimbekov Komoliddin Tohirjanovich | 675 |
| 05-CV-0998 | Arkan Mohammad Ghafil Al Karim | 653 |
| 05-CV-0999 | Asim Ben Thabit Al-Khalaqi | 152 |
| 05-CV-1220 | Abu Abdul Rauf Zalita | 709 |
| 05-CV-1347 | Farhi Saeed bin Mohammed | 311 |

| Case Number | Petitioner's Name | Internment Serial Number (ISN) |
|---|---|---|
| 05-CV-1353 | Motai Saib | 288 |
| 05-CV-1497 | Adil Bin Muhammad Al Wirghi | 502 |
| 05-CV-1504 | Nabil | 238 |
| 05-CV-1505 | Abbar Sufian Al Hawary | 1016 |
| 05-CV-1509 | Abdunasir Doe | 278 |
| 05-CV-1509 | Hammad Doe | 328 |
| 05-CV-1704 | Arkeen Doe | 103 |
| 05-CV-1704 | Sadar Doe | 277 |
| 05-CV-2349 | Ahmed Ben Bacha | 290 |
| 05-CV-2386 | Alkhadr Abdullah Al Yafie | 34 |
| 05-CV-2386 | Saif Ullah | 46 |
| 05-CV-2386 | Mohammed Al Palestini | 49 |
| 05-CV-2386 | Adil Bin Mabrouk | 148 |
| 05-CV-2386 | Jabbarov Oybek Jamolovich | 452 |
| 05-CV-2386 | Ali LNU | 455 |
| 05-CV-2386 | Maher El Falesteny | 519 |
| 05-CV-2386 | Adel LNU | 584 |
| 06-CV-0618 | Abdulli Feghoul | 292 |
| 06-CV-1766 | Fadhel Hussein Saleh Hentif | 259 |
| 07-CV-2337 | Ridah Bin Saleh Al Yazidi | 38 |
| 08-CV-1185 | Mohammed Abd Al Al Qadir | 284 |