UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMED ABDULLAH MOHAMMED BA ODAH, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | 06-CV-01668 (HHK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

**NOTICE OF JOINT FILING IN PETITIONERS' RESPONSE TO RESPONDENTS' MOTION FOR RELIEF FROM SCHEDULING ORDER**

Petitioners Mohammed Abdullah Mohammed Ba Odah and Tariq Ali Abdullah Ba Odah in the above-captioned case join in "Petitioners' Response To Respondents' Motion For Relief From Scheduling Order," filed September 8, 2008. The aforementioned document has already been filed by Petitioners in *In re: Guantanamo Bay Detainees Litigation* (08-MC-442).

Dated: September 9, 2008

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: ___/S/_____

　　　　　　　　　　　　　　　　　　CLIFFORD CHANCE US LLP

　　　　　　　　　　　　　　　　　　　　Julia Symon (Bar No. 456828)
　　　　　　　　　　　　　　　　　　　　2001 K Street NW

NYA904020.1

Washington, DC 20006  
Tel:      (202) 912-5000  
Fax:      (202) 912-6000  
e-mail:  julia.symon@cliffordchance.com

James Hosking  
Hanna Madbak  
31 West 52nd Street  
New York, NY 10019  
Tel:      (212) 878-8000  
Fax:      (212) 878-8375  
e-mail:  james.hosking@cliffordchance.com

*Counsel for Petitioners*