# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MOHAMMED ABDULLAH MOHAMMED AL-HAMIRI,** <br> **ISN 249** <br>                  Petitioner, <br> v. <br> **BARACK H. OBAMA**, President of the United States, *et al.*, <br>                  Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 06-CV-1668(HHK) |

## MOTION TO HOLD IN ABEYANCE RESPONDENTS' RENEWED MOTION TO APPROVE PROPOSED PUBLIC FACTUAL RETURN

Petitioner Mohammed Abdullah Mohammed Al-Hamiri ("Mr. Al-Hamiri") hereby respectfully requests that the Court hold in abeyance the Government's May 20, 2011 Renewed Motion to Approve Proposed Public Return ("Renewed Motion") for 60 days.[1] Counsel for Mr. Al-Hamiri needs time to continue conferring with the Government about the designation of certain information contained in Mr. Al-Hamiri's proposed public factual return as protected. The Government does not oppose this request.[2]

---

[1] Renewed Motions to Approve Proposed Public Factual Returns were consolidated and filed simultaneously in several matters pending before this Court. This motion relates only to the Renewed Motion filed in matter No. 06-cv-1668, the *habeas* petition of Mohammed Abdullah Mohammed Al-Hamiri, ISN 249.

[2] Specifically, the Government states its position as follows: Pursuant to Judge Hogan's June 1, 2009 and January 14, 2010 Orders (08-mc-442, Dkt. Nos. 1781, 1896), the Government served a copy of the proposed public version of the factual return prepared for Mr. Al-Hamiri on his counsel on July 16, 2010 to initiate the meet and confer process regarding the Government's designations of protected information. On October 20, 2010, counsel for Mr.Al-Hamiri informed the Government that Mr. Al-Hamiri did not oppose the designations of protected information contained in the proposed public factual return. Accordingly, the Government filed its motion to deem the highlighted portions of the proposed public factual return "protected information." *See* Dkt. Nos. 230, 231. On April 11, 2011, the Government notified counsel that the final proposed public factual return submitted to the Court, with a copy served on counsel, included a few instances of additional highlighting not reflected in the initial version the Government sent to counsel on July 16, 2010. These additional designations of protected information were minimal and identical to

On Friday, May 20, 2011, in accordance with the Court's minute order of February 15, 2011, the Government provided notification of Judge Hogan's Memorandum Opinion and Order granting in part and denying in part (as moot) the Government's April 14, 2010 motion regarding the six categories of information it identified as presumptively deserving of protection. With that notification, the Government filed Renewed Motions in a number of matters pending before this Court, including the above-captioned matter.

Undersigned counsel, however, requires additional time to review Mr. Al-Hamiri's proposed public factual return and to consult with the Government regarding the proposed protected designation of certain specific information contained therein. The parties discussed this matter during a meet and confer on May 26, 2011, at which time the Government consented to undersigned counsel's request to hold the Renewed Motion in abeyance for a period of 60 days. It is further agreed that upon 60 days of any order granting this motion, the parties will file a joint status report to inform the Court of whether an agreement has yet been reached as to the final form of Mr. Al-Hamiri's proposed public return and how the parties intend to proceed.

Accordingly, Mr. Al-Hamiri respectfully requests that the Court grant this consent motion to hold the Renewed Motion in abeyance for a period of 60 days.

---

other designations in the proposed public factual return; for example, in one exhibit, highlighting had been added to protect the name of a witness whose name had previously been highlighted elsewhere on the same page. It is the Government's understanding that counsel for Petitioner now wants to re-open the meet and confer dialogue regarding the designation of protected information in the proposed public factual return. The Government is not opposed to renewing the meet and confer process.

Dated: May 31, 2011

        Respectfully submitted,

        _____/s/_____
        Omar A. Farah
        CHAFFETZ LINDSEY LLP
        1350 Avenue of the Americas
        New York, NY 10019
        Tel: (212) 853-6930
        Fax: (212) 853-6950

        Jeff Butler
        CLIFFORD CHANCE US LLP
        31 West 52nd Street
        New York, NY 10019
        Tel: (212) 878-8000
        Fax: (212) 878-8375

        *Counsel for Petitioner*