IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDULLAH MOHAMMED BA ODAH, | |
| Petitioner, | Civil Action No. 06-01668 (HHK) |
| v. | |
| BARACK H. OBAMA, President of the United States, *et al.*, | |
| Respondents. | |

**STATUS REPORT AND UNOPPOSED MOTION TO CONTINUE HOLDING IN ABEYANCE RESPONDENTS' RENEWED MOTION TO APPROVE PROPOSED PUBLIC FACTUAL RETURN**

In accordance with this Court's Minute Order of July 7, 2011, granting Petitioner Mohammed Abdullah Mohammed Al-Hamiri's ("Petitioner") unopposed Motion to Hold in Abeyance Respondents' Renewed Motion to Approve Proposed Public Factual Return, Petitioner respectfully submits this report to advise the Court of the status of the parties' ongoing negotiations regarding Petitioner's Proposed Public Factual Return ("Public Return").

On September 1, 2011, the parties' counsel met to discuss the Public Return. Specifically, Petitioner's counsel had questions regarding the manner in which the six categories of presumptively protected information articulated in Judge Hogan's May 12, 2011 Memorandum Opinion were applied to the Public Return in this case. Answering these questions, however, requires counsel for Respondents to confer with the Government agencies responsible for the specific protected designations at issue. This

will take additional time. The parties have agreed, however, to resume their negotiations as promptly as possible in an attempt to settle on the final form of the Public Return.

Separately, the parties have also agreed that the Public Return, once finalized, shall remain under seal until such time as the Government is able to complete preparation of a publicly releasable version of Petitioner's Traverse, filed in classified form on September 27, 2010. This will permit the parties to coordinate the simultaneous public filing of both the Public Return and Petitioner's public Traverse.

Accordingly, Petitioner requests that the Court continue to hold in abeyance Respondents' Renewed Motion to Approve Proposed Public Factual Return until the Government has completed the publicly releasable version of Petitioner's Traverse. Respondents do not oppose this request. Petitioner proposes to notify the Court within seven days of receipt of the public version of Petitioner's Traverse and will inform the Court at that time of how the parties intend to coordinate the public filing of the Public Return and Petitioner's public Traverse.

Dated:  September 6, 2011

Respectfully submitted,

/s/
Omar A. Farah (admitted *pro hac vice*)
CHAFFETZ LINDSEY LLP
505 Fifth Avenue
New York, NY 10017
Tel:   212-257-6930
Fax:  212-257-6950